IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VICKI SCHISLER**                                                                                        **PLAINTIFF**

V.                                    No. 3:22-CV-00205-ERE

**KILOLO KIJAKAZI, Acting
Commissioner of Social Security**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 22nd day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1